IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS JOHN MAJEED,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     1:11CV358
                                 )
UNITED STATES OF AMERICA,        )
et al,                           )
                                 )
          Defendant(s).          )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 12, 2011, was served on the parties in this action. Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice to Plaintiff resubmitting his complaint with the $350.00 filing fee, correcting the defects set out in the

Order and Recommendation.  A Judgment dismissing this action will be entered contemporaneously with this Order.

                                     /s/ William L. Osteen, Jr.
                                     United States District Judge

Date: October 6, 2011